No. 05–788. ABUBAKAR v. ENAHORO ET AL. C. A. 7th Cir. Certiorari denied.

No. 05–792. FOOTLAND v. GUTIERREZ, SECRETARY OF COMMERCE, ET AL. C. A. 4th Cir. Certiorari denied.

No. 05–794. GMA ACCESSORIES, INC. v. OLIVIA MILLER, INC. C. A. 2d Cir. Certiorari denied.

No. 05–798. JOHNSON-KUREK v. ABU-ABSI ET AL. C. A. 6th Cir. Certiorari denied.

No. 05–799. VISIN ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 05–800. SOUTHERN UNION CO. v. IRVIN. C. A. 9th Cir. Certiorari denied.

No. 05–801. SABO v. ARTHUR, SHERIFF, ARLINGTON COUNTY, VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 05–810. BRYANT v. METRIC PROPERTY MANAGEMENT, INC. C. A. 5th Cir. Certiorari denied.

No. 05–814. DISNEY v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 05–819. FAIR v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–820. HENDERSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–822. PALADINO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–829. MICKENS ET UX. v. ALLEN DAMRON CONSTRUCTION CO. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.